**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 517 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1859 |
| | : | MDA 2015 entered on July 5, 2016, |
| | : | **affirming** the Order Entered of the York |
| JAMES HUNTER SPENCE, | : | County Court of Common Pleas at No. |
| | : | CP-67-MD-0001832-2015 entered on |
| Petitioner | : | October 5, 2015 |

## ORDER

**PER CURIAM**                                        DECIDED:  September 25, 2017

**AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is

**GRANTED** and the decision of the Superior Court is **REVERSED**.  *See Commonwealth*

*v. Muniz*, __ A.3d __, 2017 WL 3173066 (Pa. July 19, 2017).